# CRIMINAL COMPLAINT
**(Electronically Submitted)**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** <br> v. <br> **Rogelio Rodriguez Amaral** <br> DOB: 1974; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO. <br><br> 25-01433MJ |

Complaint for violation of Title 18, United States Code, § 554

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 3, 2024, in the District of Arizona, **Rogelio RODRIGUEZ Amaral** (DOB: 1974) knowingly, intentionally and fraudulently attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: fifty-seven (57) firearms, including handguns, shotguns, and rifles, ammunition, and firearm magazines, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774. All in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On December 3, 2024, **Rogelio RODRIGUEZ Amaral** (DOB: 1974) hereinafter (**RODRIGUEZ Amaral**), a Citizen of Mexico and an unknown subject passenger, later identified as **RODRIGUEZ Amaral's** son Daniel Eduardo RODRIGUEZ Pedroza (DOB: 2003, COC: MEX), departed from the United States at the Lukeville, AZ Port of Entry (POE) and applied for admission into Mexico at the Sonoyta, Mexico, Port of Entry. **RODRIGUEZ Amaral** and RODRIGUEZ Pedroza were traveling in a white Ford F-150 bearing Mexico license plate ZWR4610 (registered to **RODRIGUEZ Amaral**). **RODRIGUEZ Amaral** was driving the vehicle. Mexican Customs officials referred the vehicle to a secondary inspection area for further examination. **RODRIGUEZ Amaral** and RODRIGUEZ Pedroza exited the vehicle to allow for the inspection. During the inspection, Mexican Customs officials obtained the identifications of the occupants and located fifty-seven (57) firearms (including handguns, shotguns, and rifles), firearm ammunition, and firearm magazines hidden inside of water heaters and speakers that were in the bed of the pickup truck. While the vehicle was being inspected, both subjects departed the area on foot. Later in the day, **RODRIGUEZ Amaral** applied for entry into the United States as a pedestrian at the Lukeville, AZ Port of Entry. Mexican Customs officials notified CBP personnel at the Lukeville POE regarding their seizure of the firearms, ammunition, and firearms magazines, resulting in the identification of **RODRIGUEZ Amaral** and RODRIGUEZ Pedroza.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:  N/A

| DETENTION REQUESTED <br> Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. <br><br> AUTHORIZED BY AUSA *A. Rossi* <br> Digitally signed by ADAM ROSSI Date: 2025.02.11 09:10:28 -07'00' <br> **Sworn by telephone _x_** | SIGNATURE OF COMPLAINANT <br> ALAN RYDER  Digitally signed by ALAN RYDER Date: 2025.02.11 10:09:51 -07'00' <br><br> OFFICIAL TITLE <br> Special Agent Alan Ryder, Homeland Security Investigations |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE <br> February 11, 2025 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54.

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

On December 13, 2024, at approximately 1716 hours, CBPO's conducting outbound operations observed **RODRIGUEZ Amaral**, who was traveling south in the southbound lane at the Lukeville, AZ Port of Entry (POE). **RODRIGUEZ Amaral** was traveling in a red Ford Explorer bearing Mexico license plate 143SZG2. **RODRIGUEZ Amaral** was the passenger of the vehicle and was traveling with his spouse, Maria PEDROZA Villanueva. Upon contacting the vehicle, CBPO's recognized **RODRIGUEZ Amaral** from the December 3, 2024 seizure in Mexico. **RODRIGUEZ Amaral** was contacted and escorted to a secure waiting area at the POE.

Two post-*Miranda* interviews were conducted with **RODRIGUEZ Amaral**, one after his initial arrest and a second at the time of his release. **RODRIGUEZ Amaral** revealed, he was offered $3,000 to transport unknown items from the United States into Mexico. **RODRIGUEZ Amaral** stated when he arrived in the United States on December 1, 2024, he drove to Tucson, AZ where he met a coconspirator at an unknown location. Once he arrived, he switched vehicles with the coconspirator for the night. On December 2, 2024, **RODRIGUEZ Amaral** and his son RODRIGUEZ Pedroza returned to Tucson, AZ and met with the coconspirator to retrieve the F-150 and stayed at a hotel in Tucson for the night. On December 3, 2024, **RODRIGUEZ Amaral** and RODRIGUEZ Pedroza departed the hotel and drove towards Sonoyta, Mexico. When **RODRIGUEZ Amaral** and RODRIGUEZ Pedroza arrived in Lukeville, AZ, **RODRIGUEZ-Amaral** called the coconspirator to let him know he was about to arrive in Mexico. The coconspirator made statements to **RODRIGUEZ Amaral** that they were glad US CBP was not presently conducting outbound inspections that day. **RODRIGUEZ Amaral** and RODRIGUEZ Pedroza proceeded south through the Lukeville, AZ POE and entered Mexico. Once at the Mexican Port of Entry, Mexican Customs officials instructed **RODRIGUEZ Amaral** to drive his vehicle to another area for further inspection. At this time, RODRIGUEZ Pedroza exited the vehicle and departed on foot. Mexican officials drove **RODRIGUEZ Amaral's** vehicle through an x-ray scanner on two occasions and during both times, a loud alarm went off. When **RODRIGUEZ Amaral** heard the alarm, he stated he determined it was not good and decided to return to the United States on foot. **RODRIGUEZ Amaral** stated he lied to CBPOs at the POE to enter the United States. **RODRIGUEZ Amaral** stated he found out about the firearm seizure from social media and had copies of the photographs taken by Mexican authorities of the firearms seized on his cellphone. **RODRIGUEZ Amaral** stated he does not have a license to export firearms and is aware that it is illegal to transport firearms into Mexico, adding that he knows there is signage along the roadway stating it is illegal to do so.